**Order entered July 8, 2019**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-19-00177-CR

### ROLI AROLDO LOPEZ, Appellant

### V.

### THE STATE OF TEXAS, Appellee

**On Appeal from the 199th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 199-81302-2018**

## ORDER

We **REINSTATE** this appeal.

We abated the appeal for a hearing to determine why appellant's brief had not been filed. On July 3, 2019, appellant filed his brief along with a motion to extend time to file the same. In the interest of expediting this appeal and because the trial court has not held a hearing, we **VACATE** our June 10, 2019 order to the extent it ordered a hearing and required findings. We **GRANT** appellant's motion and **ORDER** his brief filed as of the date of this order.

We **DIRECT** the Clerk to send copies of this order to the Honorable Angela Tucker, Presiding Judge, 199th Judicial District Court; Stephanie Hudson; and to the Collin County District Attorney.

The State's brief is **DUE** thirty days from the date of this order.

/s/    LANA MYERS
        JUSTICE